**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EUSEBIO GUZMAN GUERRERO,** **Petitioner,** v. **D. MARIN et al.,** **Respondents.** | **NO. 5:26-cv-02209-MRA-KS** **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records in the case, the submissions filed by the parties, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has passed and no objections were filed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that: (1) Judgment shall be entered granting the Petition; and (2) a writ of habeas corpus shall issue as follows: **IT IS ORDERED** that Respondents provide Petitioner with an individualized bond hearing before an Immigration Judge within **ten (10) days** of this Order.

Respondents shall serve Petitioner with this Order and the underlying Report and file proof of service within **two (2) days** of this Order. Respondents shall also file a status report

within **twelve (12) days** of this Order confirming that Petitioner received a bond hearing and describing the outcome of that hearing with supporting documentation.

DATED: September 24, 2026

MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE