JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EUSEBIO GUZMAN GUERRERO,** Petitioner, v. **D. MARIN, et al.,** Respondents. | **NO. 5:26-cv-02209-MRA-KS** **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge ("Order"), IT IS ADJUDGED that the pending Petition is GRANTED and a writ of habeas corpus shall issue consistent with the terms of the Order.

DATED: September 24, 2026

MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE